# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| GLENN A. PAINTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  CV408-252 |
| | ) | |
| JUDGE TAMMY COX STOKES, and | ) | |
| SPENCER LAWTON, JR., | ) | |
| | ) | |
| Defendants. | ) | |

# REPORT AND RECOMMENDATION

In an order dated December 30, 2008, the Court granted plaintiff's motion to proceed in forma pauperis and ordered him to submit a Prisoner Trust Fund Account Statement form and a Consent to Collection of Fees from Trust Account form.  (Doc. 6.)  The Court warned plaintiff that his failure to return these forms within 30 days would result in the dismissal of his case.  (*Id.*)  Since plaintiff has not returned the required forms, his case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this 15th day of April, 2009.

/s/ G.R. SMITH
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**